UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ERIE INSURANCE COMPANY,
                Plaintiff,

-against-

YIDEL'S SHOPPING CART, INC.,
YSC FRESH FOOD STATION, LLC AND
DEBORAH HELLER,

                Defendant.

Civil Action No. 20cv2199

**STIPULATION TO ADJOURN DEFENDANTS TIME TO ANSWER SUMMONS & COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the defendant, DEBORAH HELLER, and the plaintiff, ERIE INSURANCE COMPANY, that defendant Deborah Heller's time to answer the complaint is extended until August 14, 2020.

Dated: New York, New York
       July 15, 2020

/s/ *David Zwerin*
_____
HILL & MOIN LLP
By: David Zwerin, Esq.
Attorneys for Defendant
Deborah Heller,
2 Wall Street, Suite 301
New York, New York 10005

/s/
_____
HURWITZ & FINE, P.C.
By: Dan D. Kohane, Esq.
Attorneys for Plaintiffs
Erie Insurance,
1300 Liberty Building
Buffalo, NY 14202

_____
CHIEF JUDGE ROSLYNN R. MAUSKOPF
U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK